In the Matter of Ava Greene BEDDEN.

No. 67 DB 2005 (No. 48 RST 2005).

Supreme Court of Pennsylvania.

Nov. 10, 2005.

ORDER

PETITION FOR REINSTATEMENT FROM INACTIVE STATUS

PER CURIAM:

AND NOW, this 10th day of November, 2005, the Report and Recommendations of the Disciplinary Board October 7, 2005, are approved and it is ORDERED that AVA GREENE BEDDEN, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

■

OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

Wayne Anthony RODNEY, Respondent.

No. 743 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Nov. 10, 2005.

ORDER

PER CURIAM:

AND NOW, this 10th day of November, 2005, upon consideration of the Recommendation of the Three–Member Panel of the Disciplinary Board dated September 23, 2005, the Joint Petition in Support of Discipline on Consent is hereby granted pursuant to Rule 215(g), Pa.R.D.E., and it is

ORDERED that Wayne Anthony Rodney is suspended on consent from the Bar of this Commonwealth for a period of one year and one day consecutive to the suspension ordered by this Court on June 13, 2002, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.